IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DAMIEN T. NIX, : | |
| : | |
| Petitioner(s), : | |
| : | Case Number: 1:06cv203 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| WARDEN, WARREN CORRECTIONAL : | |
| INSTITUTION, : | |
| : | |
| Respondent(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 11, 2007 a Report and Recommendations (Doc. 5).  Subsequently, the plaintiff filed objections to such Report and Recommendations (Doc. 7).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1) is **DENIED** with prejudice.

A certificate of appealability will not issue with respect to the procedurally-barred claims alleged in the petition, because under the first prong of the two-part standard enunciated in *Slack v. McDaniel,* 529 U.S. 473, 484-85 (2000), "jurists of reason" would not find it debatable whether this Court is correct in its procedural ruling.

With respect to any application by petitioner to proceed on appeal *in forma paupris,* the Court should certify pursuant to 28 U.S.C. § 1915 (a)(3) that an appeal of any order adopting this Report and Recommendation will not be taken in "good faith," and therefore **DENIES** petitioner leave to appeal *in forma pauperis* upon a showing of financial necessity. *See* Fed. R. App. P. 24(a); *Kincade v Sparkman,* 117 F.3d 949, 952 (6th Cir. 1997).

IT IS SO ORDERED.

   s/Susan J. Dlott
Susan J. Dlott
United States District Judge